# BROOKLYN UNION GAS CO. ET AL. *v.* STANDARD OIL CO. OF TEXAS ET AL.

No. 503. Decided May 20, 1968.

*Edwin F. Russell* and *Barbara M. Suchow* for Brooklyn Union Gas Co., *Bertram D. Moll* and *Morton L. Simons* for Long Island Lighting Co., and *Kent H. Brown* for Public Service Commission of the State of New York, petitioners.

*Martin N. Erck* and *Frank S. Troidl* for respondent Humble Oil & Refining Co.; *Thomas G. Crouch, Robert W. Henderson,* and *Donald K. Young* for respondent Hunt; *Sherman S. Poland* for respondent Coates; *Robert V. Smith* for respondent Patchin-Wilmoth Industries, Inc.; *J. Evans Attwell* and *W. H. Drushel, Jr.,* for respondent Clark Fuel Producing Co.; *William K. Tell, Jr., William R. Slye,* and *James D. Annett* for respondent Texaco Inc.; *Phillip D. Endom, Robert E. May,* and *Francis H. Caskin* for respondent Sun Oil Co.; *Homer E. McEwen, Jr.,* for respondent Sunray DX Oil Co.; *Richard F. Remmers* for respondent Sohio Petroleum Co.; and *Kiel Boone* for respondent Cox.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment is reversed. *Federal Power Commission* v. *Sunray DX Oil Co., ante,* p. 9.

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.